UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: _____

| | |
|---|---|
| TRUCKOMAT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **(JURY TRIAL DEMANDED)** |
| vs. ) | |
| ) | |
| SHERWOOD TRUCKING COMPANY, INC. ) | |
| and ANTHONY JAMES MORRIS, ) | |
| ) | |
| Defendants. ) | |

# COMPLAINT

Plaintiff Truckomat Corporation, by and through its counsel, files this Complaint and Demand for Jury Trial against defendants Sherwood Trucking Company, Inc. and Anthony James Morris and alleges:

## PARTIES

1. Plaintiff Truckomat Corporation ("Truckomat") is an Iowa Corporation with a principal place of business at 515 Sterling Drive, Walcott, IA 52773. At all relevant times, Truckomat is in the truck washing industry.

2. Defendant Sherwood Trucking Company, Inc. ("Sherwood Trucking") is a corporation organized and existing under the laws of the State of South Carolina with its principal place of business located at 9040 Elina Road, Turbeville, South Carolina 29162. At all relevant times herein, Sherwood Trucking was engaged in the business of, among other things, the commercial freight hauling trucking business. Sherwood Trucking may be served with

1

process by serving its registered agent at: Thomas E. Kemp, Jr., 9040 Elina Road, Turbeville, SC 29162.

3. Anthony James Morris ("Morris") is a citizen and resident of South Carolina who resides at 932 Central Road, Olanta, South Carolina 29114. At all relevant times, Mr. Morris was engaged as a commercial truck driver. Mr. Morris may be served with process by serving him at: 932 Central Road, Olanta, South Carolina 29114.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332, because the matter in controversy exceeds $75,000.00, exclusive of interest and costs, and is between citizens of different states in that the citizenship of plaintiff is completely diverse from the citizenship of the defendant.

5. Venue is appropriate in the United States District Court for the Eastern District of North Carolina pursuant to 28 U.S.C. §1391, in that the events and acts and omissions giving rise to this action occurred in the Eastern District of North Carolina.

## FACTUAL ALLEGATIONS

6. Truckomat is a subsidiary of Iowa 80 Group, Inc., an Iowa corporation who at all relevant times, is in the truck stop and truck washing industry.

7. At all relevant times, Truckomat owned and operated a commercial truck wash commonly known as the Truckomat truck wash located at 90 Truck Stop Road, Kenly, North Carolina. ("Truck Wash Facility").

8. At all relevant times, Sherwood Trucking was and still is the owner of a 2005 Peterbilt truck, VIN # 1XP5DB9X25N842143 (hereinafter the "Truck").

9. At all relevant times, defendant Morris was the duly authorized operator of the Truck.

10. Prior to December 1, 2020, Mr. Morris and Sherwood Trucking repaired and serviced the Truck's engine compartment, including replacing the alternator, starter, batteries, and coolant line.

11. On December 1, 2020, Mr. Morris brought the Truck to the Truck Wash Facility to be cleaned.

12. At all relevant times, Mr. Morris was acting as an employee and agent of defendant Sherwood Trucking and within the course and scope of his employment, agency, and authority for defendant Sherwood Trucking.

13. On December 1, 2020, a fire occurred within the engine compartment of the truck, while it was parked in the Truck Wash Facility and the fire spread to and damaged/destroyed plaintiff's real and personal property and business interests.

14. Prior to December 1, 2020, defendants knew or should have known that their repairs, service, and maintenance to the engine compartment of the Truck created a dangerous condition within the Truck.

15. The fire was caused by a defect in the truck owned and operated by defendants.

16. As a direct and proximate result of the fire and negligent acts and omissions of defendants Sherwood Trucking and Morris, Truckomat sustained damages in an amount in excess of Six Hundred Thousand Dollars ($600,000.00).

17. As a direct and proximate result of the fire and the negligent acts and omissions of the defendants Sherwood Trucking and Morris, defendants are jointly and severally liable to Plaintiff for the damages averred herein.

# COUNT I – NEGLIGENCE
# PLAINTIFF V. SHERWOOD TRUCKING

18. Plaintiff hereby incorporates and re-alleges by reference paragraphs 1 through 17 as if fully stated herein.

19. Defendant Sherwood Trucking had a duty to exercise reasonable care in its ownership, operation, maintenance, repair, and service of its truck.

20. Defendant, by reason of the conduct of its agents, employees, and representatives, breached its duty of reasonable care by committing one or more of the following negligent acts or omission, including, but not limited to, the following.

    (a) failing to properly maintain, service and repair the truck;

    (b) failing to properly inspect the truck;

    (c) failing to supervise adequately and properly, direct and/or inspect the service and repair of the truck, which supervision, direction and inspection would have revealed defects in the truck;

    (d) failing to warn Truckomat and its affiliates of the aforesaid defective condition of the truck, which it knew or should have known existed and created an unreasonable risk of harm to the property of Truckomat; and

    (e) otherwise failing to use due care.

21. As a direct and proximate result of the foregoing negligence, carelessness and negligent omission of defendant, its agents, servants, representatives, workmen and/or employees, Plaintiff sustained damage, as hereinbefore averred, in an amount in excess of Six Hundred Thousand Dollars ($600,000.00).

WHEREFORE, Plaintiff request that the Court:

1. Order a trial by jury on all issues enumerated in this Complaint;

2. Order that Plaintiff recover from the defendant Sherwood Trucking damages in an amount in excess of Six Hundred Thousand Dollars ($600,000.00), pre-judgment interest as allowed by the law and costs of this action;

3. Order such other and further relief as this Court deems just and proper.

## COUNT II – NEGLIGENCE
## PLAINTIFF V. ANTHONY JAMES MORRIS

22. Plaintiff hereby incorporates and re-alleges by reference paragraphs 1 through 17 as if fully stated herein.

23. Defendant Morris had a duty to exercise reasonable care in his operation, maintenance, repair, and service of the truck.

24. Defendant Morris breached his duty of reasonable care by committing one or more of the following negligent acts or omission, including, but not limited to, the following.

> (a) failing to properly operate, maintain, service and repair the truck;
>
> (b) failing to properly inspect the truck;
>
> (c) failing to supervise adequately and properly, direct and/or inspect the service and repair of the truck, which supervision, direction and inspection would have revealed defects in the truck;
>
> (d) failing to warn Truckomat and its affiliates of the aforesaid defective condition of the truck, which it knew or should have known existed and created an unreasonable risk of harm to the property of Truckomat; and
>
> (e) otherwise failing to use due care.

25. As a direct and proximate result of the foregoing negligence, carelessness and negligent omission of defendant Morris, Plaintiff sustained damage, as hereinbefore averred, in an amount in excess of Six Hundred Thousand Dollars ($600,000.00).

WHEREFORE, Plaintiff request that the Court:

1. Order a trial by jury on all issues enumerated in this Complaint;

2. Order that Plaintiff recover from the defendant Anthony Morris damages in an amount in excess of Six Hundred Thousand Dollars ($600,000.00), pre-judgment interest as allowed by the law and costs of this action;

3. Order such other and further relief as this Court deems just and proper.

This the 20th day of January 2022.

                              SALTZ NALIBOTSKY

                              /s/ Albert S. Nalibotsky
                              Albert S. Nalibotsky, Esquire
                              NC Bar No. 19478
                              6101 Carnegie Blvd., Ste 440
                              Charlotte, NC 28209
                              Phone: (704) 910-2680
                              E-mail: analibotsky@s-nlaw.com
                              *Counsel for Plaintiff*